UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMIN WILLIAMS,
          Plaintiff,

v.

POLICE OFFICER WILLIAM PATAKY,
          Defendant.
------------------------------------------------------------x

**ORDER**

18 CV 8019 (VB)

    The Court conducted a case management conference today, at which counsel for plaintiff and defendant appeared, and at which counsel requested jointly an extension of time to complete discovery in this case.

    The parties' request is GRANTED. The deadline to complete all discovery in this case is extended to February 28, 2020.

    By separate Order, the Court will refer this case, on consent of the parties, to Judge Lisa M. Smith for all further proceedings.

Dated: December 19, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge