UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMIN WILLIAMS,

                                                         **JUDGMENT**

                              Plaintiff,

                                                       18 Civ. 08019 (LMS)

     -against-

POLICE OFFICER WILLIAM PATAKY,

                                               Defendants.
------------------------------------------------------------------X

      **WHEREAS**, plaintiff Amin Williams commenced this action by filing a complaint on or about September 5, 2018, alleging that defendants violated his federal civil rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on February 25, 2020;

      **WHEREAS**, on February 25, 2020; plaintiff accepted the Offer of Judgment, it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendant for the total sum of $68,000.00 in full satisfaction of all claims against the defendant herein, said $68,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules

of Civil Procedure and is not to be construed as an admission of liability by defendants or

any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
      February 28, 2020

_____
HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE